**Jesus Reyes ONTIVEROS and Areli Avila Ramirez, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 12–70145.**

United States Court of Appeals, Ninth Circuit.

[**] The Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.

[***] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Submitted Sept. 24, 2013.*

Filed Sept. 26, 2013.

Jesus Reyes Ontiveros, pro se.

Drew Brinkman, OIL, DOJ–U.S. Department of Justice, Washington, DC, ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respndent.

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

### MEMORANDUM **

Jesus Reyes Ontiveros and Areli Avila Ramirez, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

Even construed liberally, petitioners' pro se brief does not challenge the BIA's dispositive determination that their motion to reopen was untimely and number-barred. *See Rizk v. Holder,* 629 F.3d 1083, 1091 n. 3 (9th Cir.2011) (a petitioner waives an issue by failing to raise it in the opening brief).

To the extent petitioners are challenging the BIA's decision not to reopen sua sponte, we lack jurisdiction to review that decision. *See Mejia–Hernandez v. Holder,* 633 F.3d 818, 823–24 (9th Cir.2011).

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**